**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

CEDRIC BISHOP, *for himself and on behalf of all other persons similarly situated*,

                    Plaintiff,

-against-

GLOW CONCEPT, INC.,

                    Defendant.

------------------------------------- x

ORDER

20 Civ. 2069 (GBD)

GEORGE B. DANIELS, District Judge:

The June 25, 2020 initial conference is adjourned to October 22, 2020 at 9:30 a.m.

Dated: June 8, 2020
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE